IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

```
HILDA TORRES, ET AL.,          *
     Plaintiffs,               *
                               *
          v.                   *        Civil No. 00-2303(PG)
                               *
PFIZER CORPORATION OF PUERTO   *
RICO, ET AL.,                  *
     Defendants.               *
```

### JUDGMENT

The Parties in the above-captioned matter have filed an Agreement for Voluntary Dismissal with Prejudice which has been approved by the Court. Pursuant to Fed.R.Civ.P. 41(a)(1)(ii) this case is dismissed with prejudice.

WHEREFORE it is ORDERED AND ADJUDGED that this case be dismissed with prejudice.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, _____May    14__, 2002.


                                        JUAN M. PEREZ-GIMENEZ
                                        U.S. District Judge




